UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR DAMIEN PINEDA-PORTILLO,<br><br>         Plaintiff,<br><br>vs.<br><br>SIX UNKNOWN NAMES AGENTS or THE PRESENT,<br><br>         Defendants.<br>_____/ | 1:06-cv-01641-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 4)<br><br>**ORDER DISMISSING ACTION** |

Hector Damien Pineda-Portillo ("Plaintiff") is a federal prisoner se in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 30, 2007, the Magistrate Judge filed Findings and Recommendation herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days. To date, Plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

1

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendation, filed January 30, 2007, are ADOPTED IN FULL; and,

   2.   This action is DISMISSED based on Plaintiff's failure to obey the court's order of December 13, 2006.

IT IS SO ORDERED.

**Dated:     April 27, 2007**                              **/s/ Anthony W. Ishii**
                                                          UNITED STATES DISTRICT JUDGE

2